UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.  6:25-cr-27-JA-DCI
                                      18 U.S.C. § 922(a)(1)(A)

MICHAEL ADRIAN NIETO

## INFORMATION

The United States Attorney charges:

## COUNT ONE

Beginning at a date unknown but no later than November 2023, and

continuing to October 17, 2024, in the Middle District of Florida, the defendant,

MICHAEL ADRIAN NIETO,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

United States Code, did willfully engage in the business of dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A), and 924(a)(1)(D).

## FORFEITURE

1.      The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 922(a)(1)(A), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).


ROGER B. HANDBERG
United States Attorney

By: _____

Noah P. Dorman
Assistant United States Attorney


By: _____

Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division