UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 6:25-cr-27-JA-DCI

MICHAEL ADRIAN NIETO

### NOTICE OF RELATED ACTION

In accordance with Local Rule 1.04(d), I certify that the instant action:

☒   IS            related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

*United States v. Vazquez et al.*, **6:24-cr-100-CEM-DCI (M.D. Fla. 2024)**

☐   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: January 29, 2025

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By:   /s/ Noah P. Dorman
       Noah P. Dorman
       Assistant United States Attorney
       USA No. 223
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:  (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail: noah.dorman@usdoj.gov

U.S. v. MICHAEL ADRIAN NIETO          Case No. 6:25-cr-027-JA-DCI

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David R. Bigney
Attorney for Defendant

                                /s/ Noah P. Dorman
                                Noah P. Dorman
                                Assistant United States Attorney
                                USA No. 223
                                400 W. Washington Street, Suite 3100
                                Orlando, Florida 32801
                                Telephone:   (407) 648-7500
                                Facsimile:     (407) 648-7643
                                E-mail: noah.dorman@usdoj.gov