# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                           **CASE NO: 6:25-cr-27-JA-DCI**

**MICHAEL ADRIAN NIETO**

AUSA: Noah Dorman
Defense Attorney: Dan Eckhart, Retained Counsel

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **February 6, 2025**<br>10:58 A.M. – 11:12 A.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 14 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Charles Sweatt |

**CLERK'S MINUTES**
**INITIAL APPEARANCE AND ARRAIGNMENT**

Case called, appearances made, procedural setting by the Court.
Defendant sworn in.
Court advises defendant of his rights.
Court inquires of the defendant. No issue as to competency.
Government summarizes the counts in the Information and advises of the potential penalties.
Defendant waives right to indictment and enters a plea of not guilty. Scheduling order to enter.
Government ore tenus motion for release. Motion granted.
Court advises the parties of the Due Process Protections Act.
Change of plea set for Thursday, February 13th at 11:15am before Judge Antoon.
Defendant released on conditions.
Court adjourned.